LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL
SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785

Sarah L. Barnes /Bar No. 020362
  E-mail: slb@bowwlaw.com
  kel@bowwlaw.com
Jathan P. McLaughlin/Bar No. 028065
  E-mail: jpm@bowwlaw.com
Attorney for Defendant Centurion of Arizona, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| SEAN NUNNERY, | No. |
| Plaintiff, | Maricopa County No. CV2022-014952 |
| v. | **NOTICE OF REMOVAL** |
| PAUL PENZONE, *et al*., | |
| Defendants. | |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. §§1441, 1446, and 1331, Defendants Centurion of Arizona, LLC ("Defendant") hereby removes the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Maricopa, entitled *Sean Nunnery v. Paul Penzone*, *et. al*., Case No. CV2022-014952 ("State Court Action") to this Court. In support of such removal, Defendants state as follows:

A.   The State Court Action was filed by Plaintiff Sean Nunnery in the Superior

1 Court of the State of Arizona, in and for the County of Maricopa on or about November 9, 2 2022, as Case No. CV2022-014952.  True and correct copies of the process and pleadings 3 filed in the State Court Action, as well as the docket, to date, are attached hereto as 4 EXHIBIT A.

5      B.     On February 2, 2023, copies of the Summons and Complaint were served on 6 Defendants Centurion of Arizona, LLC.  Accordingly, this Notice of Removal is filed 7 within the thirty (30) days after receipt by these Defendants of a copy of the Complaint, 8 and it is timely filed under 28 U.S.C. § 1446(b).

9      C.     This Court has federal question jurisdiction because Plaintiffs bring the 10 claims, at least in part, pursuant to the United States Constitution (42 U.S.C. § 1983) by 11 including claims for violation of constitutional rights under the United States Constitution 12 alleging deliberate indifference. (Complaint at ¶¶ 1, 54-90).

13      D.     This Court has supplemental jurisdiction over Plaintiff's state law claim(s) 14 pursuant to 28 U.S.C. § 1367(a).

15      E.     Under 28 U.S.C. § 1446(a), venue of this action is proper in this Court as the 16 district and division within which the state court action was brought.

17      F.     Under 28 U.S.C. § 1446 (2)(a), all Defendants who have been properly 18 joined/served consent to the removal of this action.  Specifically, counsel for Sheriff 19 Penzone and Maricopa County; and counsel for Banner Health, have consented to the 20 removal of this matter.

21      G.     A notification of the filing of this Notice of Removal to District Court has 22 been filed in the Superior Court of Maricopa County in the State of Arizona.  Written 23 Notice of the filing of this Notice of Removal is being delivered to all parties.

24      WHEREFORE, Defendants request the above-referenced action currently pending 25 in the Superior Court of Maricopa County, State of Arizona, be removed to this Court.  As 26 required by 28 U.S.C. § 1446(d), Defendants will promptly give written notice to Plaintiff.

Defendants shall also promptly file notice with the Clerk of Superior Court of Maricopa County.

RESPECTFULLY SUBMITTED this 22nd day of February, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin
    Sarah L. Barnes
    Jathan P. McLaughlin
    2800 North Central Avenue
    Suite 1600
    Phoenix, Arizona  85004
    Attorneys for Defendant State of Arizona

On this 22nd day of February, 2023, the foregoing was electronically filed via ECF and copies were e-served upon:

Angela Lane, Esq.
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, Arizona 85003
Lanea01@mcao.maricopa.gov
*Attorneys for Sheriff Penzone and Maricopa County*

John Checkett, Esq.
James Bennett, Esq.
The Checkett Law Firm, PLLC
6829 N. 12th Street
Phoenix, Arizona 85014
JCheckett@checkett-law.com
JBennett@checkett-law.com
*Attorneys for Banner Health*

Copy of the foregoing was mailed this 22nd day of February, 2023, to:

Sean Nunnery
12922 W. Corrine Dr.
El Mirage, AZ  85335
*Plaintiff Pro Per*

/s/*Amy Ebanks*