# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Nunnery,<br><br>  Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>  Defendants. | No. CV-23-00333-PHX-ROS (CDB)<br><br>**ORDER** |

This case was removed from state court in February 2023. On March 1, 2023, Defendants Centurion of Arizona, Paul Penzone, and Maricopa County filed motions to dismiss. (Doc. 6, 7). Plaintiff did not respond to those motions. On April 7, 2023, the Court issued an Order requiring the Plaintiff file a statement indicating "whether he wishes to pursue his claims." (Doc. 13). Plaintiff was given until April 21, 2023, to file that statement. No statement was filed. Without Plaintiff participating in this case, the best option is dismissal. Pursuant to Federal Rule of Civil Procedure 41(b), this case will be dismissed without prejudice

Accordingly,

**IT IS ORDERED** the Motions to Dismiss (Doc. 6, 7) are **DENIED AS MOOT**.

…

…

…

…

**IT IS FURTHER ORDERED** all claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

Dated this 26th day of April, 2023.

*[signature]*

Honorable Roslyn O. Silver
Senior United States District Judge